UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY LEON MATHIS,

       Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY
ADMINISTRATION,

       Defendant.
_____/

Case No. 2:19-cv-12758
District Judge Nancy G. Edmunds
Magistrate Judge Anthony P. Patti

## ORDER VACATING SHOW CAUSE ORDER (ECF No. 14) AND GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE HIS MOTION FOR SUMMARY JUDGMENT (ECF No. 15)

On September 20, 2019, Plaintiff Rodney Leon Mathis, proceeding without counsel,[1] filed a complaint for review of the Social Security Administration's August 6, 2019 decision. (ECF No. 1.) He also filed an application to proceed without prepaying fees or costs (ECF No. 2), which the Court granted on September 23, 2019 (ECF No. 5). The Commissioner entered an appearance on October 18, 2019 (ECF No. 10), and an answer and transcript have been filed (ECF Nos. 11, 12).

---

[1] Plaintiff received assistance from the Detroit Mercy Pro Se Legal Assistance Clinic to draft his complaint. (ECF No. 1, PageID.3.)

The Court's initial scheduling order required Plaintiff to file his motion for summary judgment by January 15, 2020. (ECF No. 13.) On January 23, 2020, I entered an order requiring Plaintiff to show cause for his failure to comply with the Court's scheduling order. (ECF No. 14.) On February 5, 2020, Plaintiff filed, the Court assumes in response to the show cause order, a motion for extension of time to file his motion for summary judgment, wherein he: (1) asks for a one-month extension to procure an attorney or complete the motion himself; and (2) explains that he did not timely file the motion because "Kevin M. Carlson led me to believe that he were going to assist me in filing a motion, or refer me to someone else." (ECF No. 15, PageID.1373.)

Upon consideration, the show cause order (ECF No. 14) is hereby **VACATED**. Further, Plaintiff's motion for an extension of time within which to file his motion for summary judgment (ECF No. 15) is **GRANTED**. Plaintiff shall file his motion for summary judgment no later than **Friday, March 13, 2020**; Defendant's Response to Plaintiff's motion together with a cross motion for summary judgment is due on or before **Monday, April 13, 2020**; and, any reply by Plaintiff is due on or before **Monday, April 27, 2020**. Plaintiff is warned that <u>there will be no further extension of these dates</u> and that <u>a failure to timely file his motion for summary judgment may result in dismissal of his case</u>. Finally, Plaintiff is encouraged to avail himself of the Federal Pro Se Legal Assistance

Clinic's services. *See*

http://www.mied.uscourts.gov/PDFFIles/Pro_Se_Clinic_2019.pdf.

**IT IS SO ORDERED.**

Dated: February 12, 2020

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on February 12, 2020, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti